# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT FEINSTEIN, Individually and on Behalf of All Others Similarly Situated, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) C.A. No. 1:17-cv-01864-UNA<br>)<br>) |
| BONANZA CREEK ENERGY, INC., JACK E. VAUGHN, PAUL KEGLEVIC, BRIAN STECK, THOMAS B. TYREE, JR., SCOTT D. VOGEL, and JEFFREY E. WOJAHN, | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, defendants having not served an answer or a motion for summary judgment, Plaintiff Robert Feinstein hereby gives notice of the voluntary dismissal without prejudice as to Bonanza Creek Energy, Inc., Jack E. Vaughn, Paul Keglevic, Brian Steck, Thomas B. Tyree, Jr., Scott D. Vogel, and Jeffrey E. Wojahn of the claims asserted in the above-captioned action.

Dated: January 2, 2018

Respectfully submitted,

**FARUQI & FARUQI, LLP**

**OF COUNSEL:**

**FARUQI & FARUQI, LLP**
Nadeem Faruqi
James M. Wilson, Jr.
685 Third Ave., 26th Fl.
New York, NY 10017
Telephone: (212) 983-9330

*/s/ Michael Van Gorder*
Michael Van Gorder (#6214)
20 Montchanin Road, Suite 145
Wilmington, DE 19807
Tel.: (302) 482-3182
Email: mvangorder@faruqilaw.com

*Counsel for Plaintiff*

Email: nfaruqi@faruqilaw.com
Email: jwilson@faruqilaw.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was filed via the District CM/ECF system on January 2, 2018, which caused an electronic copy of same to be served automatically upon all counsel of record.

/s/*Michael Van Gorder*
Michael Van Gorder